# United States District Court
## SOUTHERN DISTRICT OF GEORGIA

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
POST OFFICE BOX 2106
AUGUSTA, GEORGIA 30903
(706) 823-6460

July 9, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2008 Filing

Dear Committee:

This letter will serve as my response to the June 11, 2009 letter from Chair concerning my May 8, 2009 Annual Disclosure Report ("2008 Filing"). The 2008 Filing and my March 21, 2007 Nomination Report ("Nomination Report") shall be deemed amended to the extent of any changes noted herein.

1. The asset listed in Part VII, Line 3 of the 2008 Filing was listed on Line 2, Part VII of the Nomination Report. Part VII, Line 2 of the Nomination Report is amended to reflect that the asset was held in a Smith Barney IRA Account.

2. In Part VII, Line 9 of the 2008 Filing, Column "A" is amended by adding the parenthetical (x) alongside the name of the asset.

3. The asset listed in Part VII, Line 21 of the 2008 Filing was listed in Part VII, Line 5 of the Nomination Report. Part VII, Line 5 of the Nomination Report is amended to reflect that the asset was held in a Smith Barney IRA.

4. Part VIII of the 2008 Filing is amended by the addition of the following entry:

> 83. Assets listed in Part VII, Lines 8, 9, 11-17, 26, 27, 43, 46, 49, 55, 63, 74 and 79 were bought prior to taking judicial office.

**Hall_James_R**

5. Part VIII of the 2008 Filing is amended by the addition of the following entry:

> 84. Assets listed in Part VII, Lines 3, 4, 5, 10-12, 14-21, 24 and 29 of the Reporting Person's March 21, 2007 Nomination Report were sold, satisfied or otherwise disposed of prior to taking judicial office.

6. Part VIII of the 2008 Filing is amended by the addition of the following entry:

> 85. The asset listed in Part VII, Line 10 was omitted in error from the Reporting Person's March 21, 2007 Nomination Report. The following entry should have been included in that report:

| A. | B. | | C. | |
|---|---|---|---|---|
| | 1. | 2. | 1. | 2. |
| Exxon Mobil Corp. Common Stock | A. | Dividend | C | T |

The Nomination Report is also amended by adding this information to Part VII as new Item 30.

Please feel free to contact me with any additional questions.

Sincerely,



JRH/gs
Enclosures

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, James R. | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>P.O. Box 2106<br>Augusta, Georgia 30903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Patriot Foods, LLC |
| 2. Member | Hall-Augusta Properties, LLC |
| 3. Director | Hope Plus, Inc. |
| 4. | |
| 5. | |

2009 MAY 12 A 11: 23
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/08-7/08 | Warlick, Tritt, Stebbins & Murray, LLP-Agreement re: payment of fair value of fees collected post-appointment for work performed by Judge pre-appointment |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Warlick, Tritt, Stebbins & Hall, LLP-Partner Distributions | $89,947.00 |
| 2. 2008 | Georgia-Carolina Bancshares/First Bank of Georgia-Director Fees | $4,400.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Church of the Good Shepherd/Episcopal Day School-Substitute Teacher Fees |
| 2. 2008 | The Associated Press-Temporary Housing Rent |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Augusta First Bank | Unsecured Note | K |
| 2. Citigroup/Smith Barney | Securities Margin Account | N |
| 3. Bank of America | Credit Card Account | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Patriot Foods, LLC-Member Interest | E | Distribution | N | W | | | | | |
| 2. Hall Augusta Properties, LLC-Member Interest | | None | O | W | | | | | |
| 3. Smith Barney IRA-GECR Common | | None | M | T | Sold (part) | 8/06 | J | A | |
| 4. Northwestern Mutual Universal Life Insurance Policy | A | Dividend | K | U | | | | | |
| 5. Wachovia Corporation Common Stock | E | Dividend | K | T | Sold (part) | 06/09 | K | E | |
| 6. First Bank of Georgia Accounts | A | Interest | J | T | | | | | |
| 7. LPL Financial IRA-Fidelity Financia Independence Mutual Fund | | None | J | T | | | | | |
| 8. LPL Financial IRA-Goldman Sachs Bank Cash Account | | None | J | T | | | | | |
| 9. Georgia Legislative Retirement System | | None | | | Closed | 12/1 | J | | |
| 10. Exxon Mobil Corp. Common Stock | A | Dividend | | | Sold | 7/22 | J | A | |
| 11. Smith Barney IRA | | ` | | | | | | | |
| 12. -Andarko Petroleum Corp Common | A | Dividend | | | Sold | 7/15 | J | | |
| 13. -Apple Inc. Common | | None | | | Sold | 12/29 | J | | |
| 14. -Archer Daniels Midland Common | | None | | | Sold | 7/15 | J | | |
| 15. -Baidu.com Common | | None | | | Sold | 7/15 | J | | |
| 16. -CNOOC Ltd. Common | | None | | | Sold | 7/15 | J | | |
| 17. -China Mobile Common | | None | | | Sold | 7/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts.

| A. | D. | (2) | (3) | (4) |
|---|---|---|---|---|
| 3. | Sold(part) | 8/06 | J | A |
| | Sold(part) | 8/07 | J | |
| | Sold(part) | 8/07 | J | |
| | Sold (part) | 8/11 | J | |
| | Sold (part) | 8/25 | J | |
| | Sold(part) | 8/29 | J | |
| | | | | |
| 5. | Sold(part) | 6/04 | J | A |
| | Sold(part) | 6/30 | L | E |
| | Sold(part) | 7/07 | L | E |
| | Sold(part) | 7/14 | L | E |
| | Sold(part) | 7/15 | L | E |

| A. | B. (1) (2) | C. (1) (2) | D. (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|
| 18. -Google, Inc. Common | None | | Sold | 7/15 | J | |
| 19. -IShares MSCI Brazil Index Fund | A Dividend | | Sold(part) | 7/15 | J | |
| | | | Sold | 4/4 | J | A |
| | | | Buy | 6/4 | J | |
| | | | Buy | 7/10 | J | |
| 20. -Transocean Common | None | | Sold | 11/19 | J | |
| | | | Buy | 7/31 | J | |
| 21. -American Tower Corp. Class A Common | None | | Sold | 12/29 | J | |
| | | | Buy | 8/27 | J | |
| 22. -Claymore MAC Global Solar Energy Fund | None | | Buy | 6/4 | J | |
| | | | Sold | 11/19 | J | |
| 23. -Global Sources Ltd Bermuda USD | None | | Sold | 5/5 | J | |
| | | | Buy | 1/8 | J | |
| | | | Buy(addtl) | 1/10 | J | |
| 24. Ingersoll Rand Co Ltd Class A (Bermuda) | None | | Sold | 11/19 | J | |
| | | | Buy | 6/16 | J | |
| | | | Buy(addtl) | 7/9 | J | |
| 25. -Marvell Technology Group Ltd-USD | None | | Sold | 11/19 | J | |
| | | | Buy | 8/22 | J | |
| 26. -Sina Corp Common | None | | Sold | 1/10 | J | |
| 27. -China Shenhua Energy L-CNY | None | | Sold | 2/14 | J | |
| 28. -Altria Group Common | None | | Sold | 4/23 | J | |
| | | | Buy | 1/22 | J | |
| | | | Buy | 4/1 | J | |
| 29. -Anglo American PLC ADR | None | | Sold | 1/10 | J | |
| 30. China Telecom Corp Ltd Sponsored ADR | None | | Sold | 6/4 | J | |
| | | | Buy | 5/22 | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

31.
-China Unicom Ltd-Spons ADR  None

| | | | |
|---|---|---|---|
| Sold | 5/13 | J | |
| Buy | 1/10 | J | |

32.
-Coca Cola Co. Common          None

| | | | |
|---|---|---|---|
| Sold | 5/6 | J | |
| Buy | 1/22 | J | |

33.
-Dell, Inc. Common             None

| | | | |
|---|---|---|---|
| Sold | 12/29 | J | |
| Buy | 9/10 | J | |

34.
-EI Du Pont De Nemours & Co.
Common                         None

| | | | |
|---|---|---|---|
| Sold | 12/29 | J | |
| Buy | 12/02 | J | |

35.
-EMC Corp. Common              None

| | | | |
|---|---|---|---|
| Sold | 4/16 | J | |
| Buy | 1/15 | J | |

36.
-Focus Media Holding ADR       None

| | | | |
|---|---|---|---|
| Sold | 5/22 | J | |
| Buy | 4/17 | J | |

37.
-General Electric Co. Common   None

| | | | |
|---|---|---|---|
| Sold | 5/14 | J | |
| Buy | 4/18 | J | |

38.
-General Electric Co. Common   None

| | | | |
|---|---|---|---|
| Sold | 12/29 | J | |
| Buy | 8/14 | J | |
| Buy | 7/30 | J | |

39.
-General Mills Inc. Common     None

| | | | |
|---|---|---|---|
| Sold | 12/29 | J | |
| Buy | 9/19 | J | |
| Buy | 9/24 | J | |

40.
-Genzyme Corp. Common          None

| | | | |
|---|---|---|---|
| Sold | 12/29 | J | |
| Buy | 11/19 | J | |

41.
-Goldman Sachs Group Common  None

| | | | |
|---|---|---|---|
| Sold | 3/18 | J | A |
| Buy | 3/17 | J | |

42.
-Goldman Sachs Group Common  None

| | | | |
|---|---|---|---|
| Sold | 3/20 | J | A |
| Buy | 3/19 | J | |

43.
-Home Inns & Hotels Mgmt ADR  None

| | | | |
|---|---|---|---|
| Sold | 5/5 | J | |

44.
-IShares MSCI Australia Index Fund   None

| | | | |
|---|---|---|---|
| Sold(part) | 3/5 | J | A |
| Sold(part) | 5/5 | J | |
| Sold | 12/29 | J | |
| Buy | 4/7 | J | |
| Buy | 11/4 | J | |

45.
-IShares MSCI Austria Invest Mkt
Index                          None

| | | | |
|---|---|---|---|
| Sold | 8/6 | J | |
| Buy | 7/3 | J | |

46.
-IShares MSCI Belgium Index Fund  None

| | | | |
|---|---|---|---|
| Sold(part) | 5/21 | J | |
| Sold(part) | 4/4 | J | A |
| Sold(part) | 7/23 | J | |
| Sold(part) | 8/6 | J | |
| Sold(part) | 12/29 | J | |

47.
-IShares MSCI Canada Index Fund   None

| | | | |
|---|---|---|---|
| Sold(part) | 9/10 | J | |
| Sold | 11/14 | J | |
| Buy | 7/3 | J | |
| Buy | 7/9 | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

48.
-IShares MSCI United Kingdom
Index Fund              None      Sold(part)    5/5     J
                                 Sold          7/3     J
                                 Buy           6/4     J
                                 Buy           6/17    J

49.
-IShares MSCI France Index Fund   None    Sold       2/5     J

50.
-IShares MSCi Taiwan Index Fund   None    Sold(part)  1/3     J
                                          Sold        12/29   J
                                          Buy         11/4    J

51.
-IShares MSCI Sweden Index Fund   None    Sold(part)   6/6     J
                                          Sold(part)   6/17    J
                                          Sold         12/29   J
                                          Buy          4/4     J
                                          Buy          8/6     J

52.
-IShares MSCI Spain Index Fund    None    Sold(part)   9/10    J
                                          Sold         12/29   J      A
                                          Buy          5/13    J
                                          Buy          5/22    J

53.
-IShares MSCI South Korea Index
Fund                              None    Sold(part)   3/5     J
                                          Sold(part)   7/3     J
                                          Sold         11/14   J
                                          Buy          1/4     J
                                          Buy          6/4     J
                                          Buy          6/6     J
                                          Buy          6/17    J
                                          Buy          6/18    J
                                          Buy          8/6

54.
-IShares MSCI Germany Index Fund  None    Sold(part)   6/6     J
                                          Sold         6/17    J
                                          Buy          5/5     J

55.
-IShares MSCI Malaysia Free
Index Fund                        None    Sold         1/3     J

56.
-IShares MSCI Italy Index Fund    None    Sold(part)   4/4     J
                                          Sold(part)   9/10    J
                                          Sold         12/29   J
                                          Buy          3/5     J
                                          Buy          5/5     J

57.
-Kimberly Clark Corp Common       None    Sold         12/29   J
                                          Buy          11/19   J

58.
-Market Vectors ETF Trust
Solare Energy                     None    Sold         5/2     J
                                          Buy          4/23    J

59.
-Merrill Lynch & Co Inc. Common   None    Sold(part)   9/10    J
                                          Sold         9/19    J
                                          Buy          7/30    J
                                          Buy          8/6     J

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

60.
-Microsoft Corp Common    None    Sold(part)    4/4    J    A
                                   Sold          12/29  J
                                   Buy           2/1    J
                                   Buy           2/25   J
                                   Buy           9/24   J

61.
-Mosaic Co Common    None    Sold    11/19    J
                             Buy     4/28     J
                             Buy     5/6      J

62.
-Perfect World Ltd ADR    None    Sold(part)    7/30    J
                                  Sold          8/22    J
                                  Buy           1/8     J
                                  Buy           1/10    J
                                  Buy           5/5     J
                                  Buy           5/19

63.
-Petrochina Co Ltd ADR    None    Sold    4/16    J

64.
-Philip Morris Intl Inc. Common    None    Sold(part)    4/22     J
                                           Sold          12/29    J    A
                                           Buy           1/22     J
                                           Buy           11/19    J

65.
-Potash Corp Sask Inc. Common    None    Sold    11/19    J
                                         Buy     4/28     J
                                         Buy     5/6      J
                                         Buy     5/14     J

66.
-Procter & Gamble Co. Common    None    Sold    12/29    J
                                        Buy     11/19    J

67.
-Research In Motion Ltd-CAD    None    Sold    11/19    J
                                       Buy     5/13     J
                                       Buy     5/14     J
                                       Buy     6/17     J

68.
-Revenue Shares Mid Cap ETF    None    Sold    12/29    J
                                       Buy     9/10     J

69.
-Revenue Shares Small Cap ETF    None    Sold    12/29    J
                                         Buy     7/9     J
                                         Buy     7/23    J
                                         Buy     8/28    J

70.
-Sony Corp Spon ADR-New    None    Sold    4/28    J
                                   Buy     1/4     J
                                   Buy     1/8     J
                                   Buy     1/10    J

71.
-Suntech Power Hldgs Ltd ADR    None    Sold(part)    7/30     J
                                        Sold          11/19    J
                                        Buy           3/5      J
                                        Buy           3/28     J
                                        Buy           4/4      J
                                        Buy           4/21     J
                                        Buy           5/22     J
                                        Buy           6/6      J
                                        Buy           8/26     J

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, James R. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

72.
-3M Company Common | None | Sold | 12/2 | J
| | Buy | 11/19 | J

73.
-US Treasury Notes Ser AB-2010 | None | Sold | 12/30 | J | A
| | Buy | 9/18 | J

74.
-VMWARE, Inc. Class A Common | None | Sold(part) | 5/7 | J
| | Sold | 5/19 | J

75.
-Wal-Mart Stores, Inc. Common | None | Sold | 12/29 | J
| | Buy | 9/19 | J
| | Buy | 9/24 | J

76.
-Yingli Green Energy Hldg Co
Ltd ADR | None | Sold(part) | 7/21 | J
| | Sold | 10/23 | J
| | Buy | 4/22 | J
| | Buy | 5/5 | J
| | Buy | 5/6 | J
| | Buy | 5/14 | J

77.
-Applied Materials Inc. Delaware
Common | None | Sold | 4/21 | J
| | Buy | 4/2 | J
| | Buy | 4/3 | J
| | Buy | 4/4 | J

78.
-CF Industries Holdings Inc.
Common | None | Sold | 5/21 | J
| | Buy | 5/7 | J
| | Buy | 5/14 | J
| | Buy | 5/15 | J

79.
-China Life Insurance Co. Ltd
Sponsored ADR | None | Sold | 1/10 | J

80.
-China Petroleum & Chemical ADR | None | Sold(part) | 5/13 | J
| | Sold | 5/14 | J
| | Buy | 4/21 | J

81.
-Apple Inc. Common | None | Buy | 7/10 | J

82.
-CNOOC Ltd Spons ADR | None | Buy | 7/10 | J

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND                            IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544